HAROLD JENSEN, Respondent, v. McCALDIN BROTHERS COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present— Jenks, P. J., Carr, Mills, Rich and Putnam, JJ.